IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **IAN PHILLIP PERRY,**<br>    **Plaintiff,**<br><br>v.<br><br>**DOUG BAKER,** *et al.*,<br>    **Defendant(s).** | Civil Action No. 7:15-cv-00388<br><br>**MEMORANDUM OPINION**<br><br>By:    Norman K. Moon<br>United States District Judge |

Ian Phillip Perry, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 14, 2015, the Court directed Plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of Plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which Plaintiff is or was confined. On July 22, 2015, Plaintiff filed a motion for extension of time (docket #6) to provide the Court the required inmate account report, with the certified copy of Plaintiff's trust fund account statement for the six-month period, obtained from the appropriate prison official of each prison at which Plaintiff is or was confined during that six-month period. In Plaintiff's motion he explained that he needed the additional time to contact the last place of his incarceration which was in Haysi, VA. The court granted the motion giving Plaintiff an additional 30 days to obtain the required financial information. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and Plaintiff has failed to comply with the described conditions. Accordingly, the Court dismisses the action without prejudice and strikes the case from the active docket of the Court. Plaintiff may refile the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

ENTER: This ___1st___ day of September, 2015.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE