IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IAN PHILLIP PERRY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15-cv-00388 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| DOUG BAKER, *et al.*, | ) | By:   Norman K. Moon |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for Plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the Court; all pending motions are **DISMISSED** as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This  1st  day of September, 2015.

                                                   /s/ Norman K. Moon
                                                 NORMAN K. MOON
                                                 UNITED STATES DISTRICT JUDGE